```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**ROBERT SAYRES**                                              PLAINTIFF

        v.        Civil No. 06-3043

**SHERIFF DANNY HICKMAN**, Boone
County Sheriff's Department;
**INVESTIGATOR JACK HUTSON**, Boone
County Sheriff's Department;
**MAJOR DOUG HARRIS**, Arkansas
Department of Correction; **DAVID
MUNIZ**, Chief of Police, Berryville,
Arkansas; **JIM CAMPBELL; DEPUTY
WALKER;** and **JUDGE PUTMAN**, Circuit
Judge, Boone County Circuit Court            DEFENDANTS

## O R D E R

Now on this 7th day of September, 2006, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #8), and plaintiff's **Objections** thereto (document #10), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that the Objections thereto do not fairly meet the substance of the Report And Recommendation.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that the **Objections** to the Report And Recommendation are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation,** plaintiff's claims are **dismissed.**

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to provisionally file any new action in which Robert Sayres seeks to proceed *in forma pauperis*. The Magistrate Judge shall then review the action and, if it is a civil action rather than a criminal action or a habeas proceeding, and if Sayres has not asserted a valid claim that he is in imminent danger of serious physical injury, the Magistrate Judge shall recommend that *in forma pauperis* status be denied.

**IT IS SO ORDERED.**

                                                     **/s/ Jimm Larry Hendren**
                                                     **JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**